OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

PITNEY BOWES

02 1M          $ 00.26⁵
0004279596    APR 30 2015
MAILED FROM ZIP CODE 78701

4/29/2015
DAVIS, CRYSTAL YVONNE MITCHELL AKA MITCHELL, CRYSTAL          Tr. Ct.
No. 728779-A                    WR-82,616-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

CRYSTAL YVONNE MITCHELL DAVIS
# 818740